No. D–1254. IN RE DISBARMENT OF BODNER. It is ordered that Howard J. Bodner, of Rockville Centre, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1255. IN RE DISBARMENT OF RIGHTMYER. It is ordered that Larry G. Rightmyer, of St. Petersburg, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 119, Orig. CONNECTICUT ET AL. v. NEW HAMPSHIRE. Motion of Massachusetts for divided argument and for additional time for oral argument denied. Motion of intervenors United Illuminating Co. et al. for divided argument granted to be divided as follows: 20 minutes for the plaintiffs and 10 minutes for the intervenors. JUSTICE SOUTER took no part in the consideration or decision of these motions. [For earlier order herein, see, e. g., ante, p. 970.]

No. 92–515. WISCONSIN v. MITCHELL. Sup. Ct. Wis. [Certiorari granted, 506 U. S. 1033.] Motion of respondent for divided argument denied.

No. 92–602. ST. MARY'S HONOR CENTER ET AL. v. HICKS. C. A. 8th Cir. [Certiorari granted, 506 U. S. 1042.] Motion of the Acting Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.

No. 92–6033. McNEIL v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, 506 U. S. 1074.] Motion of the Acting Solicitor General to permit William K. Kelley, Esq., to present oral argument pro hac vice granted.

No. 92–7894. RESTREPO v. UNITED STATES. C. A. 2d Cir. Motion of petitioner for leave to proceed in forma pauperis denied. See this Court's Rule 39.8. Petitioner is allowed until April 26, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of certiorari.